# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

PENNIE ROSS,

      Plaintiff,

                         Civil Case No. 1:12-cv-1269-JDB/egb

v.

FLUID ROUTING SOLUTIONS, INC.,

      Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 5/23/2014, Plaintiff's request that certain portions of Good's affidavit be disregarded is DENIED; Defendant's objection to the admissibility of evidence of other acts of gender discrimination is sustained; and the Defendant's motion for summary judgment is GRANTED. Judgment is entered in favor of the Defendant, Fluid Routing Solutions, Inc.

**APPROVED:**

                                                                 s/J. Daniel Breen
                                                                 Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**